O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7206 AHM (AGRx) | Date | November 6, 2008 |
|---|---|---|---|
| Title | U.S. SPECIALTY INSURANCE COMPANY v. CAPITOL FILMS U.S., LLC | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court having read and considered the Stipulation and Joint Motion to Continue Trial Date and Pre-Trial Deadlines, and good cause appearing therefor, ORDERS that the Scheduling Order be amended to show the trial date and pre-trial deadlines extended as follows:

| | |
|---|---|
| New Trial Date | May 5, 2009 at 8:00 a.m. |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case | April 20, 2009 at 11:00 a.m. |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | April 6, 2009 |
| Last day for hand-serving Motions in Limine | March 30, 2009 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) | March 9, 2009 |
| Last day for hearing motions | March 9, 2009 at 10:00 a.m. |
| Last day for hand-serving motions and filing (other than Motions in Limine) | February 9, 2009 |
| Non-expert Discovery cut-off | January 26, 2009 |
| Expert discovery cut-off | March 23, 2009 |
| Rebuttal Expert Witness Disclosure | March 2, 2009 |

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7206 AHM (AGRx) | Date | November 6, 2008 |
|---|---|---|---|
| Title | U.S. SPECIALTY INSURANCE COMPANY v. CAPITOL FILMS U.S., LLC | | |

| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | February 2, 2009 |
|---|---|

      IT IS FURTHER ORDERED that the discovery cut-off is extended for purposes of the previously noticed depositions that USSIC agreed to postpone (Stip. 8:12-16) and any discovery concerning Fred Milstein and cineFinance that Capitol is entitled to take under the Federal Rules.  The request of USSIC, cineFinance and Milstein to limit the scope of discovery (Stip. 9:1-13) is denied.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |