1  LEON J. GLADSTONE (SBN 70967)                JS-6
   lgladstone@bergerkahn.com
2  DONALD L. MABRY (SBN 187750)
   dmabry@bergerkahn.com
3  BERGER KAHN, A Law Corporation
   Mail Service:
4   Post Office Box 92621
    Los Angeles, CA 90009-9998
5  Location:
    4551 Glencoe Avenue, Suite 300
6   Marina del Rey, CA 90292-7925
   Tel: (310) 821-9000 • Fax: (310) 775-8775
7
   TERESA R. PONDER (SBN 132270)
8  tponder@bergerkahn.com
   BERGER KAHN, A Law Corporation
9  Mail Service:
    Post Office Box 19694
10   Irvine, CA  92623-9694
   Location:
11   2 Park Plaza, Suite 650
    Irvine, CA  92614-8516
12 Tel: (949) 474-1880  •  Fax: (949) 474-7265

13 Attorneys for Plaintiff/Counterclaim Defendant
   U.S. SPECIALTY INSURANCE COMPANY,
14 Counterclaim Defendants CINEFINANCE and
   FRED MILSTEIN
15
                UNITED STATES DISTRICT COURT
16
              CENTRAL DISTRICT OF CALIFORNIA
17
18 U.S. SPECIALTY INSURANCE      )  CASE NO.  CV 07-07206 AHM (AGRx)
   COMPANY, a Texas Corporation, )
19                               )  Hon. A. Howard Matz
              Plaintiff,         )
20                               )
   vs.                           )  ORDER OF DISMISSAL
21                               )
   CAPITOL FILMS U.S., LLC,      )
22                               )
              Defendant.         )
23 _____  )
                                 )
24 AND RELATED                   )
   COUNTERCLAIMS.                )
25 _____  )

26

27

28

                                        CV 07-07206 AHM (AGRx)



BERGER KAHN
A Law Corporation
P.O. Box 92621
Los Angeles, CA  90009-9998

1    This matter, having come before the Court on the Parties' Joint Notice of

2  Settlement and Stipulation of Dismissal,

3    The Court orders that all claims and counterclaims in the above-captioned

4  action be and hereby are dismissed without prejudice.

5    IT IS SO ORDERED.

6

7  Dated: April 3, 2009

8

9                                          _____

10       JS-6                          HON. A. HOWARD MATZ
                                            United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERGER KAHN
A Law Corporation
P.O. Box 92621
Los Angeles, CA  90009-9998

2

CV  07-07206 AHM (AGRx)